UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT STATE POLICE UNION, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 3:20-CV-01147-CSH |
| JAMES ROVELLA, Commissioner of Department of Emergency Services & Public Protection | : |
| Defendant. | : OCTOBER 5, 2020 |

## JOINT MOTION ON CONSENT TO VACATE EXISTING DEADLINES

Plaintiff CONNECTICUT STATE POLICE UNION ("CSPU") and defendant JAMES ROVELLA, Commissioner of Department of Emergency Services & Public Protection ("Rovella") jointly request that the existing deadlines in this case be vacated until the decision on the preliminary injunction is issued. The Parties further request that the Court hold a status conference after it rules on the motion for preliminary injunction to discuss scheduling for further proceedings in the case.

There is good cause to grant this request because counsel for all parties agree that how this Court rules on the CSPU's pending motion for a preliminary injunction will have a substantial impact on the case and how it should proceed, both procedurally and substantively. This request will not prejudice the continued progression of the case in any way. To the contrary, by allowing the Parties to see the Court's ruling and proceed based on it, a suspension of current deadlines will promote judicial efficiency and expeditious resolution of this case.

On October 1, 2020, Proloy K. Das, counsel for CSPU, and Michael K. Skold, counsel for Rovella, conferred and all parties consent to this joint motion.

1

11003197v3

WHEREFORE, the parties respectfully request that the Court grant this joint motion to vacate existing deadlines until the decision on the preliminary injunction is issued.

Respectfully submitted,

MURTHA CULLINA LLP

By     /s/ Proloy K. Das
    Proloy K. Das – ct28059
    pdas@murthalaw.com
    Kristen L. Zaehringer – ct27044
    kzaehringer@murthalaw.com

Murtha Cullina LLP
280 Trumbull Street
Hartford, Connecticut 06103
Tel.:  860.240.6000
Fax:  860.240.6150

*Attorneys for Plaintiff*
*Connecticut State Police Union*

and

WILLIAM TONG, ATTORNEY GENERAL

By     /s/ Michael K. Skold
    Michael K. Skold – ct28407
    Assistant Attorney General
    Michael.Skold@ct.gov
    Jane R. Rosenberg – ct16092
    Assistant Attorney General
    Jane.Rosenberg@ct.gov

Attorney General's Office
165 Capital Avenue, 5th Floor
Hartford, CT 06141
Tel.:  860.808.5020
Fax:  860.808.5347

*Attorneys for Defendant James Rovella,*
*Commissioner of Department of Emergency*
*Services & Public Protection*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing JOINT MOTION ON CONSENT TO VACATE EXISTING DEADLINES was filed with the Clerk of Court using the Court's CM/ECF system on this 5th day October, 2020, which will send notice of such to each party of record.

*/s/ Proloy K. Das*
Proloy K. Das – ct28059

11003197v3