UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT STATE POLICE UNION, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 3:20-CV-01147-CSH |
| JAMES ROVELLA, Commissioner of Department of Emergency Services & Public Protection | : |
| Defendant. | : OCTOBER 15, 2020 |

## **NOTICE OF APPEAL**

Plaintiff CONNECTICUT STATE POLICE UNION hereby appeals to the U.S. Court of Appeals for the Second Circuit on an emergency basis, this Court's ruling on October 13, 2020, denying Plaintiff's Motion for a Preliminary Injunction.

Respectfully submitted,

MURTHA CULLINA LLP

By  */s/ Proloy K. Das*
    Proloy K. Das – ct28059
    pdas@murthalaw.com
    Kristen L. Zaehringer – ct27044
    kzaehringer@murthalaw.com

Murtha Cullina LLP
280 Trumbull Street
Hartford, Connecticut 06103
Tel.: 860.240.6000
Fax: 860.240.6150

*Attorneys for Plaintiff*
*Connecticut State Police Union*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing NOTICE OF APPEAL was filed with the Clerk of Court using the Court's CM/ECF system on this 15th day October, 2020, which will send notice of such to each party of record.

                                            */s/ Proloy K. Das*
                                            Proloy K. Das – ct28059