UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT STATE POLICE UNION | : | CIVIL ACTION NO. 3:20-cv-01147 (CSH) |
| | : | |
| v. | : | |
| | : | |
| JAMES ROVELLA, COMMISSIONER OF THE DEPARTMENT OF EMERGENCY SERVICES & PUBLIC PROTECTION | : | DECEMBER 28, 2020 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the Defendant respectfully moves this Court to permit the undersigned counsel, Assistant Attorney General Jane Rosenberg, to withdraw her appearance for the Defendant because she is retiring from the Connecticut Attorney General's Office effective January 1, 2021.  Assistant Attorney General Michael Skold will continue to represent the Defendant in this matter.

        DEFENDANT
        JAMES ROVELLA, COMMISSIONER OF
        DEPARTMENT OF EMERGENCY
        SERVICES & PUBLIC PROTECTION

        WILLIAM TONG
        ATTORNEY GENERAL

BY:    */s/ Jane R. Rosenberg*
           Jane R. Rosenberg
           Assistant Attorney General
           Federal Bar No. ct16092
           165 Capitol Avenue
           P.O. Box 120
           Hartford, CT  06141-0120
           Tel: (860) 808-5020
           Fax: (860) 808-5347
           Jane.Rosenberg@ct.gov

## CERTIFICATION

I hereby certify that on December 28, 2020, a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jane R. Rosenberg*
Jane R. Rosenberg
Assistant Attorney General
Federal Bar No. ct16092
165 Capitol Avenue
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Jane.Rosenberg@ct.gov